COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Christopher Gonzales v. The State of Texas

Appellate case number:   01-17-00760-CR

Trial court case number:  D-1-DC-16-301897

Trial court:            147th District Court of Travis County

Appellant's brief was originally due on February 12, 2018. After an abatement due to the failure of counsel to file a brief, the trial court appointed new counsel, John Butler, to represent appellant. Counsel then filed a motion for extension, seeking an extension until August 1, which is 170 days from the original due date.

The motion is **granted** and the brief is **due August 1, 2018**. Due to the time that already has passed without the filing of a brief on appellant's behalf, no further extensions will be granted absent a showing of exceptional circumstances.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

            ☑ Acting individually    ☐ Acting for the Court

Date: May 15, 2018